In the Matter of John Kaminsky on Habeas Corpus.[1]

*Bastardy proceedings—Detroit House of Correction—County jail.*

1. The confinement of a party found to be the father of an illegitimate child in the Detroit House of Correction, until he shall execute the statutory bond for its support, is illegal.

2. The following propositions are summarized from the opinion of Mr. Justice CAMPBELL:

    *a*—The Detroit House of Correction is a prison for the confinement of persons convicted of offenses, and no one can be confined there except in pursuance of some express statute.

    *b*—The only house of *detention* recognized by our laws is the county jail.

    *c*—The bastardy statute does not provide for imprisonment as a punishment, but only as a detention until the person adjudged to be the father shall give the proper bond; and it is subject to the same condition as in civil cases under the non-imprisonment act, so as to put the party on the footing of an imprisoned debtor, entitled to discharge from custody on complying with the insolvent laws.

---

[1] See *People v. Kaminsky*, 73 Mich. ——— (41 N. W. Rep. 833).

*Habeas corpus* case. Submitted June 12, 1888. Prisoner discharged on same day, and opinion filed June 21, 1888. The facts are stated in the opinion.

*Oscar M. Springer* and *F. A. Baker,* for petitioner.

*Moses Taggart,* Attorney General, for the people.

CAMPBELL, J. Petitioner, having been found to be the father of an illegitimate child, was ordered to pay certain money for its support, and to give bond to the superintendents of the poor of Wayne county to indemnify them against the infant's becoming a charge on the county. The order further required him to be imprisoned in the House of Correction of Detroit till he should give such bond or be legally discharged. This confinement is claimed to be illegal.

The House of Correction is a prison for the confinement of persons convicted of offenses. No one can be received into it except in pursuance of some express statute. How. Stat. § 9843. No such law exists on the subject of bastardy. The laws covering that subject do not provide for imprisonment as a punishment, but only as a detention until the person adjudged to be the father shall give the proper bond. Section 2008. The imprisonment is subject to the same condition as in civil cases under the non-imprisonment act, so as to put him on the footing of an imprisoned debtor, entitled to discharge from custody on complying with the insolvent laws. Section 2009. And the superintendents of the poor may at any time compromise, and discharge him from liability. Section 2014.

The only house of detention recognized by our laws is the county jail. The house of correction was never designed to hold persons who could at any time entitle themselves to a discharge, and it has no legal facilities for such a purpose.

It is a place of punishment, and not a place of confinement generally.

The confinement is illegal, and the prisoner must be discharged.

The other Justices concurred.